UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ALIMENA and
CHERYL ALIMENA,

          NO. CIV. S-12-0901 LKK/JFM

    Plaintiffs,

  v.

          O R D E R

VERICREST FINANCIAL, INC.;
CITIMORTGAGE, INC., LSF7
NLP VI TRUST; CR TITLE
SERVICES, INC.; LOAN STAR
FUND, and DOES 1 through 50,
inclusive,

    Defendants.
_____/

    A hearing on motions to dismiss by Defendants Lone Star U.S. Acquisitions, LLC, Vericrest Financial, Inc., and LSF7 NPL VI Trust, and Defendants CitiMortgage, Inc. And C.R. Title Services, Inc., is currently scheduled for June 4, 2012 at 10:00 A.M. See Defs' Mots., ECF Nos. 6, 10.  The court does not find oral argument necessary on this matter.  Accordingly, the hearing is VACATED.

    IT IS SO ORDERED.

    DATED: May 29, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT