UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ALIMENA and
CHERYL ALIMENA,

                              NO. CIV. S-12-0901 LKK/JFM

        Plaintiffs,

    v.

                              O R D E R

VERICREST FINANCIAL, INC.;
CITIMORTGAGE, INC., LSF7
NLP VI TRUST; CR TITLE
SERVICES, INC.; LOAN STAR
FUND, and DOES 1 through 50,
inclusive,

        Defendants.
                             /

    Pending before the court are two motions to dismiss Plaintiffs' Second Amended Complaint under Fed. R. Civ. P. 12(b)(6), one brought by defendants Vericrest Financial, Inc., Lone Star U.S. Acquisitions, LLC, and LSF7 NPL VI Trust ("Vericrest Defendants") (ECF No. 42), and the other by defendants Citimortgage, Inc. and C.R. Title Services, Inc. ("Citi Defendants") (ECF No. 45). These motions are currently set for hearing on April 22, 2013 at 10:00 a.m.

////

1    The court does not find oral argument to be necessary and will
2 decide the motions on the papers. Accordingly, the hearing
3 currently scheduled for April 22, 2013 is VACATED.
4    IT IS SO ORDERED.
5    DATED:  April 15, 2013.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2