Peter J. Van Zandt (State Bar No 152321)
Claudia Williams (State Bar No 264969)
LECLAIRRYAN, LLP
44 MONTGOMERY STREET, 18TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104-4705
TELEPHONE:  (415) 391-7111
TELEFAX:  (415) 391-8766

Attorneys for Defendants
CITIMORTGAGE, INC. and
C.R. TITLE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALIMENA and CHERYL ALIMENA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VERICREST FINANCIAL, INC.; CITIMORTGAGE, INC.; LSF7 NPL VI TRUST; C.R. TITLE SERVICES, INC.; LONE STAR U.S. ACQUISITIONS, LLC; and DOES 1 through 50, inclusive;,<br><br>　　　　Defendants. | Case No.:2:12-cv-00901-LKK-JFM<br><br>**STIPULATION TO DISMISS DEFENDANT C.R. TITLE SERVICES, INC.; ORDER** |

　　　　Plaintiffs Charles Alimena and Cheryl Alimena ("Plaintiffs") and defendant C.R. Title Services, Inc. ("CRT"), through their respective counsel of record, recite and stipulate as follows:

**RECITALS**

1. Plaintiffs obtained two mortgage loans secured by deeds of trust against the real property located at 4497 McRoberts Drive, Mather, California 95655.

2. CRT is the substituted trustee of the deed of trust securing the first loan by way of a Substitution of Trustee recorded on October 19, 2010 at page 0122 of book 20101019 of the Sacramento County Recorder.

3. CRT and co-defendant CitiMortgage, Inc. ("CMI") filed a joint Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 45) that was set for hearing on March 25, 2013 and taken under submission by the Court. A ruling on said motion to dismiss was issued by the Court on August 9, 2013 (ECF No. 60).

4. The parties to this Stipulation have met and conferred and have determined that CRT should be dismissed from the case, with prejudice, in exchange for a waiver of costs.

5. The parties to this Stipulation hereby respectfully request that the Court dismiss CRT from this action, with prejudice.

## STIPULATION

Based on the above Recitals, the parties agree and stipulate as follows:

1. All claims in this action against CRT are dismissed with prejudice.
2. Each party shall bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: August 16, 2013                    UNITED LAW CENTER, APC

By_____
John S. Sargetis
Julie B. Gustavson
Attorneys for Plaintiffs
CHARLES ALIMENA and
CHERYL ALIMENA


Dated:  August 16, 2013                   LECLAIRRYAN, LLP

By__/s/ Peter J. Van Zandt_____
Peter J. Van Zandt
Claudia Williams
Attorneys for Defendants
CITIMORTGAGE, INC., and
C.R. TITLE SERVICES, INC.

**ORDER**

**IT IS HEREBY ORDERED** that Defendant C.R. Title Services, Inc. is dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and fees per the parties' stipulation.

Dated: August 16, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT