UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ALIMENA and
CHERYL ALIMENA,

          Plaintiffs,

   v.

VERICREST FINANCIAL, INC.;
CITIMORTGAGE, INC., LSF7
NLP VI TRUST; CR TITLE
SERVICES, INC.; LOAN STAR
FUND, and DOES 1 through 50,
inclusive,

          Defendants.
_____/

NO. CIV. S-12-0901 LKK/JFM

O R D E R

The court has noted an error in its April 9, 2013 Order (ECF No. 60). It is hereby corrected as follows. The paragraph at lines 33:19 - 34:5, which reads as follows, is hereby STRICKEN:

> Turning to the remaining elements of a promissory estoppel claim, Plaintiffs have sufficiently alleged that they relied on Citimortgage's promise by tendering one trial payment of $1,687.60. Their reliance was entirely reasonable and foreseeable. Plaintiffs have alleged that they were injured in that they made a trial payment that they would not otherwise have made. Accordingly, Plaintiffs appear to have sufficiently alleged a promissory estoppel claim against Citimortgage based on the Second TPP.

1

1 | The immediately-preceding paragraph, at lines 33:9 - 33:18,
2 | properly sets forth the court's analysis of the relevant points.
3 |     IT IS SO ORDERED.
4 |     DATED: August 19, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2