LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone:     415-318-8810
Facsimile:     415-676-5816

Attorneys for Defendants
LONE STAR U.S. ACQUISITIONS, LLC, VERICREST FINANCIAL, INC.
(n/k/a Caliber Home Loans, Inc.), and LSF7 NPL VI TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALIMENA and CHERYL ALIMENA,<br><br>        Plaintiffs,<br><br> v.<br><br>VERICREST FINANCIAL, INC.; CITIMORGAGE, INC., LSF7 NLP VI TRUST; CR TITLE SERVICES, INC.; LOAN STAR FUND; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 2:12-cv-00901-LKK-JFM<br><br>**STIPULATION AND REQUEST FOR ORDER AS TO FOURTH AMENDED COMPLAINT**<br><br>**[LOCAL RULES 143, 220]** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants Vericrest Financial, Inc. (n/k/a Caliber Home Loans, Inc.) ("Vericrest"), LSF7 NPL VI Trust ("Trust"), Lone Star U.S. Acquisitions, LLC ("LSUSA"), and CitiMortgage, Inc. ("CMI") (collectively, "Defendants") and plaintiffs Charles Alimena and Cheryl Alimena ("Plaintiffs"), through their respective counsel, stipulate, agree, and jointly move the Court as follows:

WHEREAS, this Court entered an order granting in part and denying in part Defendants' motions to dismiss Plaintiffs' second amended complaint ("SAC") on August 8, 2013 (Dkt. No. 60);

WHEREAS, that order granted Plaintiffs' leave to file a third amended complaint, not to exceed thirty (30) pages long that "may only include those causes of action, plead against those defendants, which were not dismissed [t]herein" (*id*. pp. 42-43);

WHEREAS, Plaintiffs filed their third amended complaint ("TAC") on August 30, 2013(Dkt. 66);

WHEREAS, counsel for Vericrest, in reviewing the TAC, noticed that Vericrest had been named in the sixth cause of action in the TAC (formerly the ninth cause of action in the SAC) for Violations of Business & Professions Code §§ 17200, *et seq*. even though that cause of action had been dismissed as to Vericrest with prejudice in the Court's order of August 8, 2013 (Dkt. 60 p. 42);

WHEREAS, counsel for LSUSA, in reviewing the TAC, also noticed that the paragraph in the SAC clarifying that "LONE STAR" stands for defendant Lone Star U.S. Acquisitions, LLC (see SAC ¶ 6) had been omitted from the TAC;

WHEREAS, counsel for Plaintiffs, upon meeting and conferring with counsel for Defendants, has stated that the error and omission were accidental and unintended;

WHEREAS, Plaintiffs and Defendants wish to correct the error and omission in the TAC, and avoid any ambiguity going forward in this action resulting therefrom, but without wasting the parties' or the Court's resources on further motion practice;

WHEREAS, Plaintiffs and Defendants have stipulated that Plaintiffs may file a fourth amended complaint by or before September 16, 2013 solely to correct these issues; and

WHEREAS, Plaintiffs and Defendants have stipulated that Defendants may have until September 23, 2013 to answer or otherwise respond to the fourth amended complaint;

IT IS HEREBY STIPULATED, by Plaintiffs and Defendants, through their undersigned counsel of record, that:

(1) Plaintiffs may file a fourth amended complaint, complete with exhibits as required by L.R. 220, by or before September 16, 2013 that differs from the TAC **only** as follows:

    (a) Plaintiffs may change all references to "Third Amended Complaint" or "TAC" to "Fourth Amended Complaint" or "4AC";

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104

      (b) Vericrest will not be named in the sixth cause of action in the TAC, Violations of Business & Professions Code §§ 17200, *et seq*. and the section of Paragraph 186 entitled "Conduct of VERICREST in Violation of B&P §§ 17200, *et seq*." will be removed; and

      (c) Paragraph 2(f) will be revised to state "Defendant LONE STAR U.S. ACQUISITIONS, LLC ("LONE STAR")";

(2) Defendants may have up until and including September 23, 2013 to answer or otherwise respond to the fourth amended complaint;

(3) the Court may, and hereby is requested to, enter an order granting this stipulation; and

(4) the Court may deny the prior stipulation filed regarding this issue (Dkt. 69) as moot.

Dated: 9/13/2013    Respectfully submitted,

            LOCKE LORD LLP

            /s/ *Sally W. Mimms*
              Sally W. Mimms
            Attorney for Defendants LONE STAR U.S. ACQUISITIONS, LLC, VERICREST FINANCIAL, INC. (n/k/a Caliber Home Loans, Inc.), and LSF7 NPL VI TRUST

Dated: 9/13/2013    UNITED LAW CENTER

            /s/ *Julie B. Gustavson*   (as authorized per L.R. 131(e))
            Julie B. Gustavson
            Attorney for Plaintiffs CHARLES ALIMENA and CHERYL ALIMENA

Dated: 9/13/2013    LECLAIRRYAN, LLP

            /s/ *Claudia Williams*   (as authorized per L.R. 131(e))
              Claudia Williams
            Attorney for Defendant CITIMORTGAGE, INC.

## ORDER

**IT IS SO ORDERED.**

Dated: September 13, 2013.

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT