UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALIMENA and CHERYL AMIMENA,<br><br>          Plaintiffs,<br><br>     v.<br><br>VERICREST FINANCIAL, INC.; CITIMORTGAGE, INC., LSF7 NLP VI TRUST; CR TITLE SERVICES, INC.; LOAN STAR FUND, and DOES 1 through 50, inclusive,<br><br>          Defendants. | No.  CIV. S-12-0901 LKK/JFM<br><br>**ORDER** |

   Pending before the court is defendants Vericrest Financial, Inc. and LSF7 NPL VI Trust's motion to modify or dissolve the preliminary injunction enjoining the sale of plaintiffs' home. The motion is currently set for hearing on October 7, 2013 at 10:00 a.m.

   At this time, the court does not find oral argument regarding this motion to be necessary. However, additional information is needed from plaintiffs in order to decide the matter. Plaintiffs set forth several factual assertions in their

1

1  opposition (ECF No. 76) – for example, that they obtained a
2  reduction in the property taxes due on their home (Opposition
3  5:13-15), and that attorney's fees and legal costs prevent them
4  from making mortgage payments (Id. 9:20-9:22) – but have not
5  substantiated these assertions with supporting declarations.
6       Accordingly, the court hereby orders as follows:
7       [1] The hearing on defendants' motion, currently scheduled
8           for October 7, 2013, is VACATED.

10      [2] Plaintiffs are DIRECTED to furnish the court with one or
11          more declarations providing support for each factual
12          assertion in their opposition, and setting forth their
13          month-by-month expenses on this case to date. Plaintiffs are
14          to e-mail copies of these declarations to Courtroom Deputy
15          Ana Rivas at arivas@caed.uscourts.gov, as well as to counsel
16          for Vericrest Financial, Inc. and LSF7 NPL VI Trust, no
17          later than Monday, October 7 at 4:30 p.m. The court will
18          maintain these declarations under seal. Defendants and their
19          attorneys are directed to maintain these declarations in the
20          strictest confidence.
21      IT IS SO ORDERED.
22      DATED:   September 30, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2