LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:     415-318-8810
Facsimile:      415-676-5816

Attorneys for Defendants
LONE STAR U.S. ACQUISITIONS, LLC, VERICREST FINANCIAL, INC.
(n/k/a Caliber Home Loans, Inc.), and LSF7 NPL VI TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALIMENA and CHERYL ALIMENA,<br><br>                    Plaintiffs,<br><br>  v.<br><br>VERICREST FINANCIAL, INC.; CITIMORGAGE, INC., LSF7 NLP VI TRUST; CR TITLE SERVICES, INC.; LOAN STAR FUND; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | CASE NO. 2:12-cv-00901-LKK-KJN<br><br>**STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO DEFENDANTS VERICREST FINANCIAL, INC. (N/K/A CALIBER HOME LOANS, INC.), LSF7 NPL VI TRUST, AND LONE STAR U.S. ACQUISITIONS, LLC**<br><br>**[Fed. R. Civ. P. 41 (a)(2), L.R. 143]** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Charles Alimena and Cheryl Alimena ("Plaintiffs") and defendants Vericrest Financial, Inc. (now known as Caliber Home Loans, Inc.), LSF7 NPL VI Trust, and Lone Star U.S. Acquisitions, LLC (collectively, "Defendants," and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate, agree, and jointly move the Court to enter an order as follows:

      A.      This action, and each and every claim asserted in the action, is dismissed as to Defendants VERICREST FINANCIAL, INC., LSF7 NPL VI TRUST and LOAN

STAR U.S. ACQUISITIONS, LLC with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2); and

B.  Each of the Parties is to bear its own attorney's fees and costs.

A proposed order granting this stipulation has been set forth below.

Dated: 2/20/2014        Respectfully submitted,

LOCKE LORD LLP

/s/ *Regina J. McClendon*
       Regina J. McClendon
Attorney for Defendants LONE STAR U.S. ACQUISITIONS, LLC, VERICREST FINANCIAL, INC. (n/k/a Caliber Home Loans, Inc.), and LSF7 NPL VI TRUST

Dated: 2/20/2014        UNITED LAW CENTER

/s/ *Julie B. Gustavson*  (as authorized per L.R. 131(e))
Julie B. Gustavson
Attorney for Plaintiffs CHARLES ALIMENA and CHERYL ALIMENA

## ORDER

The Court, having considered the stipulation by and between plaintiffs Charles Alimena and Cheryl Alimena ("Plaintiffs") and defendants Vericrest Financial, Inc. (now known as Caliber Home Loans, Inc.), LSF7 NPL VI Trust, and Lone Star U.S. Acquisitions, LLC (collectively, "Defendants," and collectively with Plaintiffs, the "Parties"), and, and for good cause shown, hereby ORDERS that:

A.  This action, and each and every claim asserted in the action, is dismissed, with prejudice, as to Defendants VERICREST FINANCIAL, INC., LSF7 NPL VI TRUST and LOAN STAR U.S. ACQUISITIONS, LLC pursuant to Fed. R. Civ. P. 41(a)(2); and

B.  Each of the Parties is to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  February 20, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT