**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALIMENA and CHERYL ALIMENA,<br><br>Plaintiffs,<br><br>v.<br><br>VERICREST FINANCIAL, INC.; CITIMORTGAGE, INC.; LSF7 NPL VI TRUST; C.R. TITLE SERVICES, INC.; LONE STAR U.S. ACQUISITIONS, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:12-CV-00901-LLK-JFM<br><br>[The Honorable Lawrence K. Karlton]<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND RELATED DEADLINES; ORDER** |

Plaintiffs CHARLES ALIMENA and CHERYL ALIMENA ("Plaintiffs") and Defendant CITIMORTGAGE, INC. (collectively the "parties"), which are the only remaining parties in the above captioned action, hereby stipulate and request by and through their attorneys of record, that the Court continue the Pretrial Conference which is currently set for April 7, 2014 to **April 14, 2014 at 3:00pm in Courtroom 4, 15th Floor.**

In conjunction with this continuance, the parties further stipulate that the due date for (1) the Pretrial Statement of CITIMORTGAGE, INC.; and (2) the parties' "JOINT STATEMENT with respect to the undisputed facts and disputed factual issues" should be continued to April 7, 2014.

1
**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND RELATED DEADLINES**

1654836.1

Good cause exists for the above continuances based upon the communications of the parties, the direction of the Court and the need for the parties to provide the court with a workable "JOINT STATEMENT with respect to the undisputed facts and disputed factual issues" and for CITIMORTGAGE, INC. to provide a fully responsive Pretrial statement with respect to Plaintiffs' recently filed Pretrial Statement, both of which will assist the court and the parties in narrowing the issues in this case.

DATED: March 31, 2014       UNITED LAW CENTER


By: /s/ *Julie B. Gustavson*
   JOHN S. SARGETIS
   JULIE B. GUSTAVSON
Attorneys for Plaintiffs
**CHARLES ALIMENA and CHERYL ALIMENA**


DATED: March 31, 2014       WOLFE & WYMAN LLP


By:    */s/ Joshua M. Bryan*
   BRIAN H. GUNN
   JOSHUA M. BRYAN
Attorneys for Defendant
**CITIMORTGAGE, INC.**

**ORDER**

Pursuant to the foregoing stipulation of the parties to continue the Pretrial Conference and related deadlines, and GOOD CAUSE appearing:

IT IS HEREBY ORDERED THAT the Pretrial Conference originally set for April 7, 2014 is hereby continued to **April 14, 2014, at 3:00pm in Courtroom 4, 15th Floor**.

In conjunction with this continuance, it is further ordered that the due date for (1) the Pretrial Statement of CITIMORTGAGE, INC.; and (2) the parties' "JOINT STATEMENT with respect to the undisputed facts and disputed factual issues" is continued to April 7, 2014.

IT IS SO ORDERED.

DATED:  April 1, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT