UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALIMENA and CHERYL ALIMENA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VERICREST FINANCIAL, INC.; CITIMORTGAGE, INC., LSF7 NLP VI TRUST; CR TITLE SERVICES, INC.; LOAN STAR FUND, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No.  CIV. S-12-0901 LKK/JFM<br><br>**ORDER** |

　　The pretrial conference herein is currently set for Monday, April 14, 2014 at 3:00 p.m. After reviewing the parties' pretrial statements and joint statement of disputed and undisputed facts, the court determined that it could not hold a productive conference and issue a pretrial order because the parties had identified 150 disputed facts, an unmanageable number.

　　After holding a phone conference with plaintiffs' counsel Julie M. Gustavson and defendant's counsel Joshua M. Bryan, the court determined that this matter should be referred to a

1

magistrate judge for an early settlement conference. If the parties are unable to settle the matter, they can then submit more-workable pretrial statements to the court.

In light of the foregoing, the court hereby orders as follows:

[1] The pretrial conference, currently set for Monday, April 14, 2014 at 3:00 p.m., is VACATED.

[2] The date for the commencement of trial, currently set for July 8, 2014, is VACATED.

[3] This matter is REFERRED to the Honorable Kendall J. Newman, United States Magistrate Judge, who will hear a settlement conference on May 7, 2014 at 9:30 a.m. As Judge Newman is the Magistrate Judge assigned to this case, the parties are directed to each file a written waiver of any claim of disqualification under Local Rule 270(b) no later than five (5) days after docketing of this Order; a party's failure to file such a waiver will be interpreted as non-consent to Judge Newman acting as the settlement judge, and a new settlement conference will be set before another Magistrate Judge.

[4] The parties are DIRECTED to submit confidential settlement conference statements to the Magistrate Judge's chambers no later than seven (7) days prior to the settlement conference. Such statements are neither to be filed with the Clerk of the Court nor served on opposing

1    counsel. However, each party shall e-file a one page
2    document entitled "Notice of Submission of Confidential
3    Conference Statement." The parties may agree, or not, to
4    serve each other with the settlement statements. Each party
5    is reminded of the requirement that it be represented in
6    person at the settlement conference by a person able to
7    dispose of the case or fully authorized to settle the matter
8    at the settlement conference on any terms. See Local Rule
9    270.

11   [5] If the parties do not settle this case at the settlement
12   conference (or by some earlier date), the court will issue
13   an order directing counsel to promptly meet and confer to
14   produce a more well-thought-out and concise list of disputed
15   facts.
16   IT IS SO ORDERED.
17   DATED:  April 11, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT