Brian H. Gunn (SBN 192594)
*bhgunn@wolfewyman.com*
Joshua M. Bryan (SBN 225230)
*jmbryan@wolfewyman.com*
WOLFE & WYMAN LLP
980 9TH Street, Suite 2350
Sacramento, California 95814-2716
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALIMENA and CHERYL ALIMENA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>VERICREST FINANCIAL, INC.; CITIMORTGAGE, INC.; LSF7 NPL VI TRUST; C.R. TITLE SERVICES, INC.; LONE STAR U.S. ACQUISITIONS, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:12-CV-00901-LKK-KJN<br><br>[The Honorable Lawrence K. Karlton]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; ORDER** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

In light of the settlement reached as between them, Plaintiffs CHARLES ALIMENA and CHERYL ALIMENA ("Plaintiffs") and Defendant CITIMORTGAGE, INC. (collectively "Partes"), who are the only remaining parties to the above entitled action, hereby stipulate by and through their counsel of record, that the above entitled action be and is hereby dismissed with prejudice in its entirety pursuant to FRCP 41(a).

///

///

The Parties agree that the Court shall retain jurisdiction to enforce the settlement agreement.  Each of the Parties is to bear their own attorney's fees and costs.

DATED:  June 4, 2014               WOLFE & WYMAN LLP


                                   By:   /s/ Joshua M. Bryan
                                        BRIAN H. GUNN
                                        JOSHUA M. BRYAN
                                        Attorneys for Defendant
                                        **CITIMORTGAGE, INC.**


DATED:  June 4, 2014               UNITED LAW CENTER


                                   By:   /s/ Julie B. Gustavson
                                        JULIE GUSTAVSON
                                        Attorneys for Plaintiffs
                                        **CHARLES ALIMENA and CHERYL ALIMENA**


### ORDER

The Court, having considered the stipulation by and between Plaintiffs CHARLES ALIMENA and CHERYL ALIMENA ("Plaintiffs") and Defendant CITIMORTGAGE, INC. (collectively "Partes"), and, for good cause shown, hereby ORDERS that the above entitled action is hereby dismissed with prejudice in its entirety pursuant to FRCP 41(a). The Court shall retain jurisdiction to enforce the settlement agreement.  Each of the Parties is to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  June 11, 2014

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL

1691067.1